UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIM HARVEY and
MARGUERITE HARVEY,
his spouse,

      Plaintiffs,

v.                                Case No.  8:05-cv-936-T-24 EAJ

HOME DEPOT U.S.A., INC.,

      Defendant.
_____/

## ORDER

This cause comes before the Court on its own.  Defendant removed this case on May 16, 2005.  There is an outstanding motion to strike affirmative defenses (Doc. No. 6) that was filed in state court before the case was removed.  Pursuant to Local Rule 4.02(c), Plaintiffs must file a legal memorandum in support of their motion to strike by May 31, 2005; otherwise, the Court will deny the motion for failure to comply with the Local Rules.  Furthermore, it does not appear that Defendant filed a response to the motion, and as such, Defendant is directed to file a response to the motion, with citations to authority, within ten days after Plaintiffs file their legal memorandum.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of May, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record